**Order entered August 3, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00356-CR

**JASON DANIEL SEWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82792-2013**

## ORDER

The Court **GRANTS** appellant's July 31, 2015 motion to substitute counsel and to extend time to file his brief.  We **DIRECT** the Clerk to substitute John Nation, Faith Johnson, and Lisa Fox as appellant's retained attorneys of record in place of Pamela Lakatos.

We **ORDER** appellant to file his brief within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to John Nation, Faith Johnson, Lisa Fox, Pamela Lakatos, and the Collin County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE